# IN THE SUPREME COURT OF PENNSYLVANIA

| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 3023 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | |
| | : | No. 79 DB 2023 |
| v. | : | |
| | : | |
| THOMAS EDWARD WEIERS, JR. | : | Attorney Registration No. 43715 |
| | : | |
| Respondent | : | |
| | : | (Allegheny County) |

## ORDER

**PER CURIAM**

   **AND NOW**, this 23rd day of January, 2024, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Thomas Edward Weiers, Jr., is suspended on consent from the Bar of this Commonwealth for a period of one year. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).